**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------X

RAFAEL PRESINAL, *individually and on behalf of others similarly situated,*

*Plaintiff,*

-against-

D. G. GROCERY CORP. (D/B/A D&G DELI GROCERY) and FREDDY PANTALEON,

*Defendants,*

----------------------------------------------------------X

Civil Action No. 26-CV-01396 (JHR)

~~[Proposed Form Of]~~
**JUDGMENT**

**JUDGMENT**

On November 6, 2026 Plaintiff filed a notice of acceptance of offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure;

NOW, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

That the Plaintiff, RAFAEL PRESINAL, have judgment against D. G. GROCERY CORP. (D/B/A D&G DELI GROCERY) and FREDDY PANTALEON, jointly and severally, in the amount of Three Hundred Forty Thousand Dollars and Zero Cents ($340,000.00), which is inclusive of attorneys' fees and costs.

Dated: November 16, 2026

Any pending motions are moot. All conferences are canceled. The Clerk of Court is directed to close the case.

Jennifer H. Rearden
Hon. Jennifer H. Rearden
U.S. District Judge